PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:CR-00-334-01

DOCKET NUMBER (Rec. Court)
07CR 763

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MORELL, James | Middle/PA | Harrisburg |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William W. Caldwell | |
| | DATES OF SUPERVISED RELEASE | FROM 5/31/06    TO 5/30/08 |

OFFENSE

Concealing Material Facts From Health Benefit Programs and Aid and Abetting, 18 USC § 1035(a)(2) and 2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   MIDDLE   DISTRICT OF   PENNSYLVANIA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of New York   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/30/07
Date

William W. Caldwell
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF   NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FILED
AUG 23 2007
PER _____
HARRISBURG, PA   DEPUTY CLERK

August 20, 2007
Effective Date

Charles L. Brieant
United States District Judge