UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 983
HARRISBURG, PA 17108

August 23, 2007

COURT TRANSFERRED TO: Southern District of New York

RE:  1:00-CR-334-01   USA v. James Morell

Dear Sir/Madam:

Pursuant to Judge Caldwell's's Order dated 7/30/07, this case was transferred to your court. I am enclosing the original case file consisting of the Information, Plea Agreement, and Judgment, along with a certified copy of the docket and this Court's transfer order.

Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

*[signature: Kevin J. Neary]*

Kevin J. Neary
Deputy Clerk

**RECEIPT**

Acknowledge receipt of above on this __31__ day of __August__.

Signed: *[signature: Carl Jones]*

CASE NO. ASSIGNED: __7:07 CR 763 (Hon. Charles L. Brieant)__.